## McCALL CORPORATION v. UNITED STATES.

### No. 46369.

Court of Claims.

Oct. 1, 1945.

Jesse Bay Robinson, of New York City (Robert E. Coulson, James K. Polk, and Whitman, Ransom, Coulson & Goetz, all of New York City, on the brief), for plaintiff.

John A. Rees, of Washington, D. C., and Samuel O. Clark, Jr., Asst. Atty. Gen. (Robert N. Anderson and Fred K. Dyar, both of Washington, D. C., on the brief), for defendant.

Before WHALEY, Chief Justice, and LITTLETON, WHITAKER, JONES, and MADDEN, Judges.

On demurrer.

PER CURIAM.

This case is before us on demurrer.

Plaintiff sues for the capital stock tax assessed with respect to doing business by its subsidiary for the year in which the subsidiary was liquidated and in which it transferred all of its assets to plaintiff.

Defendant's demurrer is sustained, and plaintiff's petition is dismissed for the reasons given in the opinion this day filed in Standard Stoker Co., Inc., v. United States, Ct.Cl., 62 F.Supp. 404. It is so ordered.